Mrs. H. MILLS v. STATE.
No. 16837.

Court of Criminal Appeals of Texas.
April 4, 1934.

Mathers & Mathers, of Oklahoma City, Okl., for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The unlawful possession of intoxicating liquor for the purpose of sale is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by her affidavit, the appeal is dismissed.

Robert PEBWORTH v. STATE.
No. 16734.

Court of Criminal Appeals of Texas.
April 18, 1934.

F. B. Davenport and Walter E. Allison, both of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and regularly presented. The record is before this court without statement of facts and bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.

J. D. RAY v. STATE.
No. 16785.

Court of Criminal Appeals of Texas.
April 4, 1934.

J. E. Edmondson, of Bellville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for five years.

The indictment is regular and duly presented. The accused entered a plea of guilty. The facts heard before the trial court are not brought up for review. The motion for new trial is formal and presents no matter worthy of discussion.

The judgment is affirmed.

J. H. REYNOLDS v. STATE.
No. 16860.

Court of Criminal Appeals of Texas.
April 18, 1934.

A. U. Puckett, of Dallas, and Ashworth & Ashworth, of Kaufman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for murder; punishment assessed at confinement in the penitentiary for ten years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.